UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. RODRIGUEZ, | No. 2:14-cv-2946 CKD P |
| Petitioner, | ORDER |
| v. | |
| C. WOFFORD, | |
| Respondent. | |

On December 30, 2014, petitioner was ordered to file a request for leave to proceed in forma pauperis or pay the $5 filing fee. On February 3, 2015, petitioner filed a request for leave to proceed in forma pauperis, but the form is not filled out completely. Good cause appearing, the court will give petitioner one more opportunity to comply with the court's December 30, 2014 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request for leave to proceed in forma pauperis on the form provided by the court or pay the appropriate filing fee. If petitioner elects to file a request to proceed in forma pauperis, he must fill out the form provided by the court completely and accurately.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rodr2946.ifp